FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ DEC 0 5 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

    Plaintiff,

 - against -

LOUIS G. LAMA,

    Defendant.
- - - - - - - - - - - - - - - - -X

JUDGMENT
Civil Action
No. CV-04-0690
(Weinstein, J.)

  WHEREAS, on February 19, 2004, the United States of America, Plaintiff, filed a Complaint against Defendant Louis G. Lama seeking repayment of an obligation owing pursuant to a Army Reserve Officers Training Corps ("ROTC") Scholarship Program contract; and

  WHEREAS, on February 26, 2005, the Court entered a Default Judgment against the Defendant; and

  WHEREAS, on April 18, 2005, the Defendant filed a Notice of Appeal of the Default Judgment; and

  WHEREAS, on or about July 13, 2005, the Plaintiff filed a motion requesting the Court vacate the Default Judgment; and

  WHEREAS, by an Order dated July 14, 2005, the Court vacated the Default Judgment and restored this matter to the Court's calendar; and

  WHEREAS, at a status conference held on November 8, 2005, the Defendant acknowledged the debt and failed to present any meritorious defense;

NOW, upon and upon all papers filed and proceedings had herein, it is hereby

ORDERED AND ADJUDGED, that the Defendant United States of America recover of Defendant Louis G. Lama the principal sum of $5,852.13; interest in the amount of $1,344.28 as of November 8, 2005; additional interest at the rate of $0.71 per day from November 9, 2005, through the date of Judgment; and costs in the amount of $419.06, amounting in all to the sum of $7,615.47 as of November 8, 2005, plus interest at the post-judgment interest rate per annum from the date of this Judgment; and that the Defendant United States of America have execution therefore.

Dated: Brooklyn, New York
11/10 2005

HONORABLE JACK B. WEINSTEIN
United States District Judge